# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 09, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 18-13869-AA
Case Style: Aasir Williams, et al v. Douglas County, et al
District Court Docket No: 1:16-cv-02913-ODE

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy/CJ, AA
Phone #: (404) 335-6180

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

No. 18-13869-AA
_____

ESTATE OF JAMES WILLIAMS,
ASASA RASHEED WILLIAMS,
as Administratrix and Individually as Surviving Spouse,
FAROD WILLIAMS,
Minor Son,
AASIR WILLIAMS,
Minor Son,
BASHIR NATHANIEL AULD,
Adult Son,

           Plaintiffs - Appellants,

versus

DOUGLAS COUNTY,
MIKE SHULER,
Fire Fighter, individually and in his official capacity,
MARK WARDLAW,
Fire Fighter individually and in his official capacity,
DEPUTY SHERIFF KENNY JERMANE TURNER,
individually and in his offical capacity,
PHIL MILLER,
Sheriff, individually and in his official capacity,
TIM POUNDS,

           Defendants - Appellees,

DOUGLAS COUNTY FIRE DEPARTMENT, et al.,

           Defendants.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to the joint stipulation of the parties for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date., effective January 09, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  T. L. Searcy/CJ, AA, Deputy Clerk

                       FOR THE COURT - BY DIRECTION